# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: agvargas | Date Created: 1/12/2016 |
| Case: 16–22042–rdd | Form ID: def7or13 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Marianne T. O'Toole       trustee@otoolegroup.com
aty      David Alexander Maho     davidmaholaw@gmail.com

                                                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Cheskel Werzberger     5 Milford Ct     Spring Valley, NY 10977
ust      United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014

                                                                                                                       TOTAL: 2