# Notice Recipients

District/Off: 0208−7    User: agvargas    Date Created: 1/12/2016
Case: 16−22042−rdd    Form ID: 309A    Total: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Cheskel Werzberger | 5 Milford Ct | Spring Valley, NY 10977 |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| tr | Marianne T. O'Toole | Marianne T. O'Toole, LLC    22 Valley Road    Katonah, NY 10536 | |
| aty | David Alexander Maho | PO Box 637    Woodridge, NY 12789 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−551 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 | |
| 6824897 | Donald J. Freedricks, Esq. Referee | 96 South Broadway    South Nyack, NY 10960 | |
| 6824899 | IRS | PO Box 8208    Philadelphia, PA 19101−8208 | |
| 6824903 | McCabe, Weisberg & Conway PC | Erwin Vencer, Esq.    145 Huguenot St Suite 210    New Rochelle, New York 10801 | |
| 6824898 | Nationstar Mortgage | 350 Highland Drive    Lewisville, TX 75067 | |
| 6824900 | PCB | PO Box 9060    Hicksville, NY 11802−9060 | |
| 6824902 | Prohealth Care Associates LLP | 2800 Marcus Ave OFC 1    New Hyde Park, NY 11042 | |
| 6824904 | Rubin & Rothman | PO Box 9003    Islanda, NY 11749 | |
| 6824901 | Southwest Credit Systems LP | 4120 International Pkwy Suite 110    Carrollton, TX 75007−1958 | |

TOTAL: 15