Certificate Number: 03621-NYE-DE-026879882

Bankruptcy Case Number: 16-22042



03621-NYE-DE-026879882

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on January 31, 2016, at 2:54 o'clock PM EST, Cheskel Werzberger completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:  February 1, 2016          By:    /s/Daynelys Gibbins

                                 Name:  Daynelys Gibbins

                                 Title: Counselor