# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: agvargas | Date Created: 4/19/2016 |
| Case: 16−22042−rdd | Form ID: 155new | Total: 17 |

**Recipients of Notice of Electronic Filing:**
aty    David Alexander Maho    davidmaholaw@gmail.com

                                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Cheskel Werzberger    5 Milford Ct    Spring Valley, NY 10977
ust    United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014
tr    Marianne T. O'Toole    Marianne T. O'Toole, LLC    22 Valley Road    Katonah, NY 10536
aty    Marianne T. O'Toole    Marianne T. O'Toole, LLC    22 Valley Road    Katonah, NY 10536
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−551
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
6824897    Donald J. Freedricks, Esq. Referee    96 South Broadway    South Nyack, NY 10960
6824899    IRS    PO Box 8208    Philadelphia, PA 19101−8208
6824903    McCabe, Weisberg & Conway PC    Erwin Vencer, Esq.    145 Huguenot St Suite 210    New Rochelle, New York 10801
6824898    Nationstar Mortgage    350 Highland Drive    Lewisville, TX 75067
6824900    PCB    PO Box 9060    Hicksville, NY 11802−9060
6824902    Prohealth Care Associates LLP    2800 Marcus Ave OFC 1    New Hyde Park, NY 11042
6824904    Rubin & Rothman    PO Box 9003    Islanda, NY 11749
6824901    Southwest Credit Systems LP    4120 International Pkwy Suite 110    Carrollton, TX 75007−1958
6831945    Toyota Motor Credit Corporation    c/o Becket and Lee LLP    POB 3001    Malvern PA 19355−0701

                                                                                                                   TOTAL: 16